[No. 37751-9-II.   Division Two.   July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEANETTE A. DOCKTER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00033-1, Dave Edwards, J., entered May 19, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Leach, J.

[No. 37789-6-II.   Division Two.   July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY JOHN PRIEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-07879-1, Robert L. Harris, J., entered March 7, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 38169-9-II.   Division Two.   July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY LAMONT POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00289-8, D. Gary Steiner, J., entered August 1, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38236-9-II.   Division Two.   July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISCHELLE R. BREMER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00575-5, Robert A. Lewis, J., entered August 12, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.